GENTRY, TIPTON & McLEMORE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
RIVERVIEW TOWER, SUITE 2300
900 SOUTH GAY STREET
KNOXVILLE, TENNESSEE 37902

MACK A. GENTRY*
JAMES S. TIPTON, JR.
TIMOTHY M. McLEMORE
MAURICE K. GUINN
BRADLEY H. HODGE
E. JEROME MELSON‡
DANNY P. DYER+
TERESA M. RANKIN
JOHN G. BROCK‡
BRIAN D. BLIND
TYLER C. HUSKEY

*ALSO ADMITTED IN COLORADO
‡CERTIFIED AS A CIVIL TRIAL SPECIALIST
+ALSO ADMITTED IN KENTUCKY
‡OF COUNSEL

MAILING ADDRESS:
POST OFFICE BOX 1990
KNOXVILLE, TENNESSEE 37901

TELEPHONE (865) 525-5300
TELECOPIER (865) 637-6761

E-MAIL: LAWYERS@TENNLAW.COM
WWW.TENNLAW.COM

September 18, 2007

**HAND DELIVERY**

U.S. Bankruptcy Court
Attn: Merlynn Dunn
Howard H. Baker, Jr. U.S. Courthouse
800 Market Street, Suite 330
Knoxville, Tennessee 37902

  Re:   **WEBB MTN, LLC**
      **Bankr. Case No. 07-bk-32016**

Dear Mrs. Dunn:

  We are writing to request that the hearing on September 11, 2007 in the Debtor's case be transcribed on an expedited basis. Thank you very much for your attention to this request.

       Sincerely,

       Maurice K. Guinn

*MKG/bd:Letters – 5814 Clerk USBC (Dunn) 09-18-2007*

FILED   SEP 1 8 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

BY _____